Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 19-7765-DMG (JEMx)   Title: Helen Vanvakaris v. Fashion Forms, Inc., et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court   [ x ] Jury<br>Duration Estimate: 7 days | 12-8-20<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 11-10-20<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 2-7-20 |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 4-17-20<br>4-24-20 |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 8-4-20 |
| Motion Cut-Off   (filing deadline)<br>Last hearing date for dispositive motions | 8-14-20<br>9-18-20 @ 2:00 p.m. |
| Initial Expert Disclosure & Report Deadline | 9-8-20 |
| Rebuttal Expert Disclosure & Report Deadline | 10-6-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 10-20-20 |
| Settlement Conference Completion Date | 10-13-20 |
| Motions in Limine Filing Deadline | 10-20-20 |
| Opposition to Motion in Limine Filing Deadline | 10-27-20 |
| Joint Status Report re Settlement | 10-20-20 |
| Proposed Pretrial Conference Order | 10-20-20 |
| Contentions of Fact/Law | 10-20-20 |
| Pretrial Exhibit Stipulation | 10-20-20 |
| Joint Exhibit List | 10-20-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 10-20-20 |
| Agreed Statement of the Case | 10-20-20 |
| Proposed Voir Dire Questions | 10-20-20 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 10-20-20 |
| Verdict Forms | 10-20-20 |