PETER A. GOLDENRING (SBN 79387)
peter@pglaw.law
MARK R. PACHOWICZ (SBN 138108)
mark@pglaw.law
PACHOWICZ | GOLDENRING
A Professional Law Corporation
6050 Seahawk Street
Ventura, California 93003-6622
Telephone: 805-642-6702
Facsimile: 805-642-3145

DESMOND J. HINES, JR., ESQ., SBN 105831
dhinds@hinshawlaw.com
FILOMENA E. MEYER, ESQ., SBN 151410
fmeyer@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, California 90025-1744
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant Ce Soir Lingerie Company, Inc.
dba Fashion Forms, erroneously sued as Fashion Forms, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN VANVAKARIS, an individual<br><br>Plaintiff,<br><br>v.<br><br>FASHION FORMS, INC., a Texas corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07765-DMG-JEM<br>The Hon. Dolly M. Gee<br><br>Complaint filed: June 27, 2019<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

# [PROPOSED] ORDER

Based on the representations of counsel, and good cause appearing therefore, the Court approves the parties' Stipulation for Protective Order filed on March 13, 2020 as Docket No. ___22___, the terms of which shall be enforceable by this Court in all respects.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: 3/16, 2020

*/s/ John E. McDermott*

Hon. John E. McDermott
U.S. Magistrate Judge