UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-07765-DMG (JEMx) | Date | August 18, 2020 |
|---|---|---|---|
| Title | Helen Vanvakaris v. Fashion Forms, Inc., et al. | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF HELEN VANVAKARIS' MOTION TO COMPEL DEFENDANT'S FURTHER RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE AND MOTION TO COMPEL DEFENDANT'S FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE (Docket Nos. 33, 34, 35, 36, 45, 47 and 48)**

The Court has read the parties' August 17, 2020 Joint Status Report regarding Plaintiff Helen Vanvakaris' Motions to Compel. (Dkt. 48.) It appears that Defendant Fashion Forms did serve supplemental responses and produce documents on July 30, 2020 in accordance with this Court's Orders of June 30, 2020. (Dkt. 45, 47.) The parties shall meet and confer on the sufficiency of Defendant's supplemental responses and production of documents, and file a Second Joint Status Report by **August 31, 2020**. The Court admonishes both parties to comply with the mandate in Local Rule 37-1 to meet and confer to eliminate or reduce the number of disputes.

Defendant raises the issue of deposition location. The parties are advised that, because of the coronavirus pandemic, the Court will not require in person depositions. Parties have done depositions by telephone and video-conference for many years.

cc:   Parties

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | slo |