Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Ronald P. Funnell (SBN 209897)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:   (310) 975-1080
Facsimile:   (310) 975-1095
Email: njohnson@jjllplaw.com
         djohnson@jjllplaw.com
         rfunnell@jjllplaw.com

Bassil A. Hamideh (SBN 261233)
THE HAMIDEH FIRM, P.C.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 556-9687
Facsimile:   (310) 733-5699
Email:        bhamideh@hamidehfirm.com

*Attorneys for Plaintiff*
HELEN VANVAKARIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN VANVAKARIS, an individual,<br><br>Plaintiff,<br>vs.<br><br>FASHION FORMS, INC, a TEXAS corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07765-DMG-JEM<br><br>The Hon. Dolly M. Gee<br><br>**JOINT REPORT RE RESULTS OF EARLY MEDIATION** |

## JOINT REPORT RE RESULTS OF EARLY MEDIATION

Pursuant to the Court's Order Re Stipulation to Continue Trial Date and Related Dates (Dkt. 32), the parties file this Joint Status Update Re Results of Early Mediation.

The parties attended a mediation on September 3, 2020 and have reached a settlement in principle. Pursuant to L.R. 16-15.7, the parties hereby provide notice of this settlement, and jointly request a stay of this action for a period of 30 days to allow the parties sufficient time to memorialize the terms of the settlement and to file a dismissal. The parties further request that the Court set a Status Conference to take place after 30 days to allow the parties sufficient time to finalize their settlement and file a dismissal.

The parties advise the Court that they will seek an order of dismissal wherein the Court expressly retains jurisdiction to enforce the settlement agreement, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 US 375, 381, 114 S.Ct. 1673, 1677 (1994).

Dated:  September 25, 2020          **JOHNSON & JOHNSON LLP**


                                    By   /s/ Ronald P. Funnell
                                         Douglas L. Johnson
                                         Ronald P. Funnell
                                         Attorneys for Plaintiff
                                         Helen Vanvakaris

Dated:  September 25, 2020          **PACHOWICZ GOLDENRING**


                                    By   /s/ Peter A. Goldenring
                                         Peter A. Goldenring
                                         Attorneys for Defendant CE SOIR
                                         LINGERIE, INC. erroneously sued as
                                         Fashion Forms, Inc.

1

JOINT REPORT RE RESULTS OF EARLY MEDIATION

1
2
3

## ATTESTATION REGARDING SIGNATURES

4
5

I, Ronald P. Funnell, attest that all signatories listed, and on whose behalf

the filing is submitted, concur in the filling's content and have authorized its filing.

6
7

Dated:  September 25, 2020          By:     /s/ Ronald P. Funnell

8

Ronald P. Funnell

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT REPORT RE RESULTS OF EARLY MEDIATION